UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS, ET AL.            :

       PLAINTIFFS,     :     CIV.NO. 3:03cv935(RNC)

       v.                            :

FAIRFIELD HOUSING              :
AUTHORITY, ET AL.              :     OCTOBER 14, 2003

       DEFENDANTS.     :

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America, on behalf of the defendant, Betty Jones, hereby requests that the Court grant an additional extension of time of thirty (30) days, from October 16, 2003, up to and including November 17, 2003 to file a an answer or other responsive pleading to the plaintiff's complaint with the Court. The defendant requests an extension of time so that she may formulate an appropriate response to the complaint. In addition, additional time is needed to confer with agency counsel regarding the plaintiff's complaint.

This is the second motion to extend this time limitation. The undersigned attempted to reach the plaintiff by telephone but as of the time of the filing of this motion no response has been received by the plaintiff. In addition, the parties have a status conference scheduled before Judge Garfinkel on November 3,

2003 regarding this matter.

                                    Respectfully submitted,
                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    _____
                                    DOUGLAS MORABITO
                                    ASSISTANT UNITED STATES ATTORNEY
                                    P.O. BOX 1824
                                    NEW HAVEN, CT   06508
                                    (203) 821-3700
                                    FEDERAL BAR NO. ct20962


## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by regular mail, this 14th day of October, 2003:

Sammie Goss
10 Ridgeley Avenue
Fairfield, CT06825

Matthew M. Hausman
Pullman & Compley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY