UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Status Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 3, 2003

2:30 p.m.

*Held 1 hour*

3-03-cv-935   (RNC) Goss v Fairfield Housing

---

COUNSEL OF RECORD:

| | |
|---|---|
| Sammie Goss | 10 Ridgeley Avenue, Fairfield, CT 203-333-4422 |
| Jessica Grossarth | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Matthew Michael Hausman | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Douglas P. Morabito | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*STATUS CONFERENCE WILL INCLUDE 3:03cv933 (RNC) and 03cv934 (RNC)

THANKS.