UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS | CASE NO. 03-CV-935 (RNC) |
| PLAINTIFF | |
| VS. | |
| FAIRFIELD HOUSING AUTHORITY, CHARLES FELD, MARILYN MCNEE, AND DAVID BELCHER | |
| DEFENDANTS | NOVEMBER 10, 2003 |

In accordance with the provisions of title 28, U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____   Date  11/10/03
Matthew M. Hausman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Attorney for the Defendants,
Fairfield Housing Authority,
Charles Feld, Marilyn McNee and
David Belcher

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

For the plaintiff SAMMIE GOSS:

>Sammie Goss, Pro Se
>10 Ridgeley Avenue
>Fairfield, CT 06825

>Douglas P. Morabito, Esq.
>U.S. Attorney's Office
>157 Church Street, 23rd Floor
>New Haven, CT 06510

_____
Matthew M. Hausman

BPRT/58710.5/MXH/497279v1