Granted. Counsel may be appearing soon for Ms. Goss, and the January meeting should occur after counsel appears. If there is no appearance by 12/29/03, the meeting shall proceed in any event.

/s/ RNC 11/18/03

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

SAMMIE GOSS                         CASE NO. 03-CV-935 (RNC)

         PLAINTIFF

VS.

FAIRFIELD HOUSING AUTHORITY,
CHARLES FELD, MARILYN MCNEE, AND
DAVID BELCHER

         DEFENDANTS          OCTOBER 20, 2003

**MOTION FOR EXTENSION OF TIME
TO SCHEDULE A PLANNING CONFERENCE**

The defendants, Fairfield Housing Authority, Charles Feld, Marilyn McNee, and David Belcher ("Defendants"), hereby request an additional thirty (30) days to schedule a planning conference with the plaintiff, Sammie Goss ("Plaintiff"). In support of this motion, the Defendants state the following:

1. The Plaintiff, who is proceeding *in forma pauperis*, attempted service by mail pursuant to Fed. R. Civ. P. 4, with a request for waiver of service dated July 9, 2003.