03cv935mtnxtend 101503

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMMIE GOSS, ET AL. | : | |
| PLAINTIFFS, | : | CIV.NO. 3:03cv935(RNC) |
| v. | : | |
| FAIRFIELD HOUSING AUTHORITY, ET AL. | : | OCTOBER 14, 2003 |
| DEFENDANTS. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America, on behalf of the defendant, Betty Jones, hereby requests that the Court grant an additional extension of time of thirty (30) days, from October 16, 2003, up to and including November 17, 2003 to file a an answer or other responsive pleading to the plaintiff's complaint with the Court. The defendant requests an extension of time so that she may formulate an appropriate response to the complaint. In addition, additional time is needed to confer with agency counsel regarding the plaintiff's complaint.

This is the second motion to extend this time limitation. The undersigned attempted to reach the plaintiff by telephone but as of the time of the filing of this motion no response has been received by the plaintiff. In addition, the parties have a status conference scheduled before Judge Garfinkel on November 3,

[Handwritten margin note: Granted. Because counsel may appear for plaintiff and move the pleadings, an extension is granted until 1/1/04. So ordered. RJM 11/17/03]