FILED

2003 NOV 10 P 2: 13

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

DISTRICT COURT
HARTFORD CT

AMMIE GOSS

CASE NO. 03-CV-935 (RNC) wi G

PLAINTIFF

VS.

FAIRFIELD HOUSING AUTHORITY, ET
AL.

DEFENDANTS

NOVEMBER 10, 2003

## MOTION FOR ENLARGEMENT OF TIME

The defendants, Fairfield Housing Authority, Charles Feld, Marilyn McNee, and David Belcher ("Defendants"), hereby move for an enlargement of time in which to file an answer and affirmative defenses and/or otherwise respond to the Complaint filed by the *pro se* plaintiff, Sammie Goss ("Plaintiff"). The current deadline is November 10, 2003 (having been previously extended to November 8, which fell on a Saturday).

1.     The Plaintiff, who is proceeding in forma pauperis, attempted service by mail pursuant to Fed. R. Civ. P. 4, with a request for waiver of service dated July 9, 2003.

Granted. So ordered. After counsel appears for the plaintiff, counsel and counsel should conduct a scheduling conference.