FILED

2003 DEC -8 P 2:30



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| SAMMIE GOSS | CASE NO. 03-CV-935 (RNC) |
| PLAINTIFF | |
| VS. | |
| FAIRFIELD HOUSING AUTHORITY, ET AL. | |
| DEFENDANTS | DECEMBER 8, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, Fairfield Housing Authority, Charles Feld, Marilyn McNee, and David Belcher ("Defendants"), hereby move for an enlargement of time in which to file an answer and affirmative defenses and/or otherwise respond to the Complaint filed by the *pro se* plaintiff, Sammie Goss ("Plaintiff"). The current deadline is December 8, 2003. In support of this motion the Defendants represent the following:

1. The Plaintiff, who is proceeding in forma pauperis, attempted service by mail pursuant to Fed. R. Civ. P. 4, with a request for waiver of service dated July 9, 2003.

2. These Defendants waived service within the time set forth in the request for waiver. The undersigned counsel appeared by notice dated August 27, 2003, which was filed in Court on August 28, 2003. The handwritten complaint as it now stands was drafted and filed by the *pro se* Plaintiff, however, and is not easily amenable to response or motion.

3. The case was referred to United States Magistrate Judge William Garfinkel for a status conference, and has since been referred to Judge Garfinkel for all purposes.

5. At the status conference before Judge Garfinkel on November 3, 2003, all parties consented to the referral. In addition, the Plaintiff represented that she had spoken to an attorney, Edwin Farrow, who would be entering an appearance. Just before the status conference was concluded, the undersigned stated before the Court and in the presence of all attending parties, that there were a number of deadlines running, including the deadline for filing an answer and defenses, and asked that the various deadlines be stayed until the Plaintiff's attorney could enter an appearance and the parties have an opportunity to discuss the matter through counsel. There was no objection from the parties or the Court. Accordingly, the undersigned filed a motion on November 10, 2003, to extend the deadline for filing an answer and affirmative defenses to December 8, 2003, to enable Plaintiff's counsel to enter an appearance, review the complaint, and discuss with counsel.

6. The undersigned spoke to Attorney Farrow several times, including on December 5, 2003, during which Attorney Farrow confirmed that he would be appearing on behalf of the Plaintiff and reviewing the Complaint.

7. In that Attorney Farrow has not yet appeared or been able to discuss the Complaint with counsel, the Defendants request an enlargement of time to enable them to confer with Plaintiff's counsel upon his appearance, and to discuss the Complaint and matters of scheduling accordingly.

8. Pursuant to Loc. R. Civ. P. 7(b), the undersigned counsel states that he discussed the need for this enlargement of time in light of Attorney Farrow's imminent appearance, and that Attorney Farrow consented to this Motion. On December 8, 2003, the undersigned also telephoned Assistant U.S. Attorney Douglas Morabito, who represents the United States Department of Housing and Urban Development ("HUD"), and who stated that he has no objection. In addition, the undersigned on this date telephoned the *pro se* Plaintiff to inform her of the filing of this Motion, and left a voice mail message. As of the filing of this Motion, the undersigned is aware of no objection.

9. Pursuant to Loc. R. Civ. P. 7(b), the undersigned states that this is the Defendants' fourth motion for enlargement of time to file an answer and affirmative defenses or otherwise respond to the Plaintiff's complaint.

**WHEREFORE,** the Defendants request that this Motion be granted and that the time to file an answer and defenses and/or otherwise respond to the complaint be enlarged by 30 days, or until January 8, 2003.

        THE DEFENDANTS
        FAIRFIELD HOUSING AUTHORITY,
        CHARLES FELD, MARILYN MCNEE, AND
        DAVID BELCHER

By: _____
        Matthew M. Hausman (ct 08966)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT 06601-7006
        (203) 330-2000
        Facsimile (203) 576-8888
        Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 8, 2003 to all counsel and pro se parties of record.

For the plaintiff SAMMIE GOSS:

Sammie Goss, *Pro Se*
10 Ridgeley Avenue
Fairfield, CT 06825

Douglas P. Morabito, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Edwin Farrow, Esq.
211 State Street
Bridgeport, Connecticut

_____
Matthew M. Hausman (ct80966)

BPRT/58710.5/MXH/500275v1