UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMMIE GOSS, ET AL. | : | |
|     PLAINTIFFS, | : | CIV.NO. 3:03cv935(RNC) |
| v. | : | |
| FAIRFIELD HOUSING AUTHORITY, ET AL. | : | November 14, 2003 |
|     DEFENDANTS. | : | |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the defendant, the United States Department of Housing and Urban Development, hereby voluntarily waives its right to proceed before a judge of the United States District Court and consents to having a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order of the entry of a final judgment.

                          Respectfully submitted,
                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY

                          _____
                          DOUGLAS P. MORABITO
                          ASSISTANT UNITED STATES ATTORNEY
                          P.O. BOX 1824
                          NEW HAVEN, CT  06508
                          (203) 821-3700
                          FEDERAL BAR NO. ct20962

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by regular mail, this 14th day of November, 2003:

>Sammie Goss
>10 Ridgeley Avenue
>Fairfield, CT 06825
>
>Matthew M. Hausman
>Pullman & Compley, LLC
>850 Main Street, P.O. Box 7006
>Bridgeport, CT 06601-7006

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY