FILED

2003 NOV 10 P 2: 13

US. DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

SAMMIE GOSS                                                CASE NO. 03-CV-935 (RNC)

PLAINTIFF

VS.

FAIRFIELD HOUSING AUTHORITY,
CHARLES FELD, MARILYN MCNEE, AND
DAVID BELCHER

DEFENDANTS                    NOVEMBER 10, 2003

        In accordance with the provisions of title 28, U.S.C. § 636(c), the parties to the

above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge

of the United States District Court and consent to have a United States Magistrate Judge

conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment.

_____              Date  11/10/03
Matthew M. Hausman
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Attorney for the Defendants,
Fairfield Housing Authority,
Charles Feld, Marilyn McNee and
David Belcher

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

For the plaintiff SAMMIE GOSS:

    Sammie Goss, Pro Se
    10 Ridgeley Avenue
    Fairfield, CT 06825

    Douglas P. Morabito, Esq.
    U.S. Attorney's Office
    157 Church Street, 23rd Floor
    New Haven, CT 06510

_____
Matthew M. Hausman

BPRT/58710.5/MXH/497279v1