UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS, ET AL. : | |
| PLAINTIFFS, : | CIV.NO. 3:03cv935(RNC) |
| v. : | |
| FAIRFIELD HOUSING : | |
| AUTHORITY, ET AL. : | DECEMBER 22, 2003 |
| DEFENDANTS. : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America, on behalf of the defendant, Betty Jones, hereby requests that the Court grant an additional extension of time of thirty (30) days, from January 1, 2004, up to and including January 30, 2004 to file a an answer or other responsive pleading to the plaintiff's complaint with the Court.  The defendant requests an extension of time so that she may formulate an appropriate response to the complaint.  In addition, the plaintiff is in the process of attempting to retain counsel to represent her in this matter and thus it is likely that counsel would file an amended complaint.

This is the third motion to extend this time limitation. The undersigned attempted to reach the plaintiff by telephone but as of the time of the filing of this motion no response has been received by the plaintiff.

                    Respectfully submitted,
                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    DOUGLAS MORABITO
                    ASSISTANT UNITED STATES ATTORNEY
                    P.O. BOX 1824
                    NEW HAVEN, CT  06508
                    (203) 821-3700
                    FEDERAL BAR NO. ct20962

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by regular mail, this 22nd day of December, 2003:

                Sammie Goss
                10 Ridgeley Avenue
                Fairfield, CT06825

                Matthew M. Hausman
                Pullman & Compley, LLC
                850 Main Street, P.O. Box 7006
                Bridgeport, CT 06601-7006

                DOUGLAS P. MORABITO
                ASSISTANT UNITED STATES ATTORNEY