FILED

2004 JAN -8  P 2:43

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

SAMMIE GOSS                                                    CASE NO. 03-CV-935 (WIG)

PLAINTIFF

VS.

FAIRFIELD HOUSING AUTHORITY, ET
AL.

DEFENDANTS

JANUARY 8, 2004

**MOTION FOR ENLARGEMENT OF TIME**

The defendants, Fairfield Housing Authority, Charles Feld, Marilyn McNee, and David Belcher ("Defendants"), hereby move for an enlargement of time in which to file an answer and affirmative defenses and/or otherwise respond to the Complaint filed by the *pro se* plaintiff, Sammie Goss ("Plaintiff"). In support of this motion the Defendants represent the following:

1.      The Plaintiff, who is proceeding in forma pauperis, attempted service by mail pursuant to Fed. R. Civ. P. 4, with a request for waiver of service dated July 9, 2003. These Defendants waived service within the time set forth in the request for waiver. The undersigned counsel appeared by notice dated August 27, 2003, which was filed in Court on August 28,

2003. The handwritten complaint as it now stands was drafted and filed by the *pro se* Plaintiff, however, and is not easily amenable to response or motion.

2. The case has been referred to Judge Garfinkel for all purposes.

3. At a status conference before Judge Garfinkel on November 3, 2003, the Plaintiff represented that she had spoken to attorney Edwin Farrow, who would be entering an appearance after his admission to practice before the United States District Court for the District of Connecticut.

4. The case has since been set down for a Scheduling Conference in the Judge's Courtroom on January 20, 2004.

5. The undersigned spoke to Attorney Farrow by telephone on January 5, 2004, and Attorney Farrow stated that his application for admission to the District Court was granted and that he would be reviewing the Complaint and filing an appearance forthwith.

6. Given that Attorney Farrow has not been able to discuss the Complaint in depth with counsel, the Defendants request an enlargement of time to enable them to confer with Plaintiff's counsel upon his appearance, and to discuss the Complaint and matters of scheduling accordingly.

7. Pursuant to Loc. R. Civ. P. 7(b), the undersigned counsel states that he discussed the need for this enlargement of time in light of Attorney Farrow's imminent appearance, and that Attorney Farrow consented to this Motion. In addition, the undersigned on this date also telephoned Assistant U.S. Attorney Douglas Morabito, who represents the United States

Department of Housing and Urban Development ("HUD"), and who stated that he has no objection. The undersigned also telephoned the *pro se* Plaintiff to inform her of the filing of this Motion, and left a voice mail message. As of the filing of this Motion, the undersigned is aware of no objection.

    8.    Pursuant to Loc. R. Civ. P. 7(b), the undersigned states that this is the Defendants' fifth motion for enlargement of time to file an answer and affirmative defenses or otherwise respond to the Plaintiff's complaint.

**WHEREFORE,** the Defendants request that this Motion be granted and that the time to file an answer and defenses and/or otherwise respond to the complaint be extended 20 days from the date of this motion, or until January 28, 2004.

>THE DEFENDANTS
>FAIRFIELD HOUSING AUTHORITY, CHARLES
>FELD, MARILYN MCNEE, AND DAVID
>BELCHER
>
>By: _____
>Matthew M. Hausman (ct 08966)
>Pullman & Comley, LLC
>850 Main Street, P.O. Box 7006
>Bridgeport, CT 06601-7006
>(203) 330-2000
>Facsimile (203) 576-8888
>Their Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 8, 2004 to all counsel and pro se parties of record.

For the plaintiff SAMMIE GOSS:

Sammie Goss, *Pro Se*
10 Ridgeley Avenue
Fairfield, CT 06825

Douglas P. Morabito, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Edwin Farrow, Esq.
211 State Street
Bridgeport, Connecticut

_____
Matthew M. Hausman (ct80966)

BPRT/58710.5/MXH/503232v1