UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
SAMMIE GOSS, ET AL.        :
        PLAINTIFFS,        :    CIV.NO. 3:03cv935(RNC)
     v.                    :
FAIRFIELD HOUSING          :
AUTHORITY, ET AL.          :    January 29, 2004
        DEFENDANTS.        :
```

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America, on behalf of the defendant, Betty Jones, hereby requests that the Court grant an additional extension of time of thirty (30) days, from January 30, 2004, up to and including February 28, 2004 to file a an answer or other responsive pleading to the plaintiff's complaint with the Court. The defendant requests an extension of time so that she may formulate an appropriate response to the complaint. In addition, the plaintiff has recently been appointed counsel to represent her in this matter and thus it is likely that counsel would file an amended complaint.

This is the fourth motion to extend this time limitation. Counsel for the plaintiff has no objection to the granting of this motion.

Respectfully submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____
DOUGLAS MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962


CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by regular mail, this 29th day of January, 2004:

        Damon A. R. Kirschbaum, Esq.
        P.O. Box 300
        Colchester, CT 06415

        Matthew M. Hausman
        Pullman & Compley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT 06601-7006


_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY