FILED

2004 FEB -9 P 12: 04

US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS AND MAYNARD GOSS : | |
| Plaintiffs, : | |
| V. : | CIVIL ACTION NO. 3:03 CV-00935 (WIG) |
| FAIRFIELD HOUSING AUTHORITY, : <br> CHARLES FELD, MARILYN MCNEE, : <br> DAVID BELCHER AND BETTY JONES : | |
| Defendants. : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants, Fairfield Housing Authority, Charles Feld and Marilyn McNee.

Dated: February 5, 2004

_____
Michael T. Ryan, Esq.  (CT 05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Juris No.  52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Law Offices of Damon A.R. Kirschbaum
P.O. Box 300
Colchester, CT 06415
Attorney for Plaintiff, Sammie Goss and Maynard Goss

Douglas P. Morabito, Esq.
U.S. Attorneys Office - New Haven
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510
Attorney for Defendants, Fairfield Housing Authority and Betty Jones

Matthew M. Hausman, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Attorney for Defendants, Fairfield Housing Authority, Charles Feld,
Marilyn McNee and David Belcher

                                                  _____
                                                  Michael T. Ryan, Esq.

I:\Procases\1742.012\Appear-MTR.wpd
1742.012