UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMMIE GOSS

    v.                                                CIVIL NO:   3:03CV0933 (WIG)

STRATFORD HOUSING AUTHORITY, et al.
-----------------------------------------------------------------------------------------------------------------
SAMMIE GOSS

    v.                                                CIVIL NO:   3:03CV0934 (WIG)

BRIDGEPORT HOUSING AUTHORITY, et al.
-----------------------------------------------------------------------------------------------------------------
SAMMIE GOSS

    v.                                                CIVIL NO:   3:03CV0934 (WIG)

FAIRFIELD HOUSING AUTHORITY, et al.
-----------------------------------------------------------------------------------------------------------------

**RULING ON PENDING MOTIONS**

**03CV934 (WIG)**

Plaintiffs motions for appointment of counsel (Doc. # 4) is GRANTED. (See Order of Appointment, Doc. # 14).

**03CV935 (WIG)**

Plaintiffs motions for appointment of counsel (Doc. # 5) is GRANTED. (See Order of Appointment, Doc. # 34). Defendant Betty Jones' motions for extension of time, (Docs. ## 32, 37) are GRANTED. Defendant Fairfield Housing Authority's motions for extension of time, (Docs. # # 30, 33, 35, 36) are GRANTED. Defendants need not file an answer until fifteen days after the a status conference in this case.

Dated at Bridgeport, Connecticut this 24th day of February, 2004.

                                                                               */S/ William I. Garfinkel*
                                                                               William I. Garfinkel
                                                                               United States Magistrate Judge