# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**SAMMIE GOSS**

    **v.**                         **CIVIL NO:   3:03CV0935 (WIG)**

**FAIRFIELD HOUSING AUTHORITY, et al.**

## RULING ON PENDING MOTION

Plaintiff's motions for preliminary injunction (Doc. # 4) is DENIED without prejudice to renewal.  This motion will be discussed once counsel appears for plaintiff.

Dated at Bridgeport, Connecticut this 31st day of March, 2004.

                                    */S/ William I. Garfinkel*
                                    William I. Garfinkel
                                    United States Magistrate Judge