```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SAMMIE GOSS, O/B/O MAYNARD,            :

    Plaintiff,                         :

    v.                                 : No. 3:03CV0935(WIG)

FAIRFIELD HOUSING AUTHORITY,           :
CHARLES FIELD, MARILYN McNEE,
DAVID BELCHER, and BETTY JONES,        :

    Defendants.                        :
----------------------------------------X
```

## SCHEDULING ORDER

Recognizing the need to have a scheduling order in place so that this case can proceed, whether Plaintiff proceeds with counsel or pro se, the Court hereby orders:

Defendants are directed to file an answer or to otherwise respond to Plaintiff's complaint within twenty (20) days of the date of this Order.  Given the Plaintiff's Complaint, Defendants may answer in narrative form, as opposed to setting forth numbered paragraphs, without prejudice to later amendment or the filing of a dispositive motion on the pleadings.  Upon review of Defendants' response, the Court will further address scheduling.

SO ORDERED, this 27th day of April, 2005, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
WILLIAM I. GARFINKEL,
UNITED STATES MAGISTRATE JUDGE