UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS, O/B/O MAYNARD, ) | |
| ) | Civil No. 3:03-CV-935 (WIG) |
| Plaintiffs, ) | |
| v. ) | |
| FAIRFIELD HA (HOUSING AUTHORITY), ) | |
| CHARLES FELD, MARILYN McNEE, ) | |
| DAVID BELCHER, and BETTY JONES, ) | |
| Defendants. ) | APRIL 29, 2005 |

## MOTION TO DISMISS

The United States of America, on behalf of the United States Department of Housing and Urban Development (hereinafter "HUD") and Betty Jones, an employee of HUD, moves the court to dismiss the above-captioned complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that the Plaintiffs' complaint fails to state a claim upon which relief can be granted. A supporting memorandum of law accompanies this motion. For the reasons articulated in the accompanying memorandum, the United States respectfully requests that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
DOUGLAS MORABITO
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by regular mail, this 29th day of April, 2005:

>Sammie Goss
>10 Ridgeley Avenue
>Fairfield, CT06825
>
>Matthew M. Hausman
>Pullman & Comply, LLC
>850 Main Street, P.O. Box 7006
>Bridgeport, CT 06601-7006

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY