SAMMIE YOSS
10 RIDGELEY AVE
FAIRFIELD, CT.
06825
4-30-05

JUDGE GARFINKLE
915 LAFAYETTE BLVD,
BRIDGEPORT, CT. 06604

DEAR JUDGE GARFINKLE,
    WHEN I GOT YOUR COURT PAPERS FILED APRIL 27, 2005, BEFORE YOU TALKED TO ATTY. LEVINE, FOR SCHEDULING ORDERS – WITHOUT A QUALIFIED COURT APPOINTED ATTY. AS A BRAIN INJURY SURVIVOR, I AM UNABLE TO UNDERSTAND COURT PROCEDINGS AND LEGAL WORDING IN COURT PAPERS. I RECIEVED THESE PAPERS APRIL 29, 2005, FRIDAY, FOR EACH HA AND CT. HUD.
    THEN TODAY, SAT, APRIL 30, 2005, I RECIEVED COURT PAPERS, DATED APRIL 29, 2005, FROM CT. HUD, BETTY JONE'S ATTY, FOR A MOTION TO DISMISS. IF SHE HAD DONE HER JOB TO MAKE ALL HA'S DO THEIR JOB AND NOT DENY ME APTS. EACH TIME I FOUND ALL THOSE ACCESSIBLE ONES, AND NOT DISCRIMINATE AGAINST MY AGE, BEING DISABLED, FROM NOV, 2001 TO THE PRESENT — NONE OF WHAT I'VE BEEN THROUGH SINCE 2001 WOULD NEVER HAVE HAPPENED, AND WOULD NOT BE STILL HAPPENING TODAY — 4 YEARS AND MORE! HOW CAN ANYONE BELIEVE THE CT. HUD CO-ORDINATOR, BETTY JONES IS NOT RESPONSIBLE?

BEING A BRAIN INJURY SURVIVOR AND 58 YEARS OLD I DO NOT UNDERSTAND WHAT "PLAINTIFF'S COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED" EVEN MEANS!? I NEED AN ATTORNEY!

I'VE WAITED FOR 3 YEARS TO RECIEVE A COURT APPOINTED ATTORNEY WHO KNOWS FEDERAL HUD, FAIR HOUSING, ADA II DISABILITY DISCRIMINATION LAW.

"CT. INMATES" DESERVE QUALIFIED AND COURTROOM EXPERIENCED ATTORNIES "THEY HAVE CIVIL RIGHTS". THEY GOT MY FIRST ATTY. WHAT ABOUT THE CIVIL AND HUMAN RIGHTS OF "CT. DISABLED VOTERS - RESIDENTS?" WHO HAVE HURT NO ONE?

HOW CAN ANY OF MY COMPLAINTS BE "DISMISSED" WITHOUT ME, A DISABLED CT. RESIDENT, HAVING QUALIFIED AND EXPERIENCED COUNSEL?

SINCERELY,
Sammie Goss