UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMMIE GOSS | : | CASE NO. 3:03-CV-935 (WIG) |
| | : | |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| FAIRFIELD HOUSING AUTHORITY, | : | |
| CHARLES FELD, MARILYN MCNEE, | : | |
| AND DAVID BELCHER | : | |
| | : | |
| DEFENDANTS | : | MAY 16, 2005 |

## MOTION TO DISMISS

The defendants, Fairfield Housing Authority ("FHA"), Charles Feld, Marilyn McNee, and David Belcher, hereby move to dismiss the above-captioned complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that the Plaintiff's complaint fails to state a claim upon which relief can be granted.  As discussed more fully in the accompanying memorandum of law, the complaint fails to set forth any claims upon which relief can be granted, and furthermore fails to allege an actual case or controversy with respect to Mr. Feld and Mr. Belcher.  The Defendants' Motion to Dismiss should be granted for the reasons set forth in the Memorandum in Support of Motion.

Oral Argument Requested

THE DEFENDANTS
FAIRFIELD HOUSING AUTHORITY, CHARLES
FELD, MARILYN MCNEE, AND DAVID
BELCHER


By: _____
    Matthew M. Hausman (CT 08966)
    Law Offices of Matthew M. Hausman, LLC
    799 Silver Lane
    Trumbull, CT 06611
    Tel.: (203) 375-6200
    Fax: (203) 575-5003
    e-mail: mhausmanlaw@msn.com


    Michael T. Ryan (CT 05685)
    Ryan, Ryan Johnson & DeLuca, LLP
    80 Fourth Street
    P.O. Box 3057
    Stamford, CT 06905-3057

## **CERTIFICATION**

       Pursuant to Fed. R. Civ. P. Rule 5 (b), it is hereby certified that a copy of the above was mailed on the date hereon, May 16, 2005, to all counsel and pro se parties of record:

Sammie Goss, *Pro Se*
10 Ridgeley Avenue
Fairfield, CT 06825

Douglas P. Morabito, Esq.
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

                                                _____
                                                    Matthew M. Hausman (ct80966)