10 RIDGELEY AVE.
FAIRFIELD, CT. 06825
5-16-05

JUDGE GARFINKLE
915 LAFAYETTE BLVD
ROOM 429
BRIDGEPORT, CT. 06604

CHAMBERS OF WILLIAM I. GARFINKEL U.S. MAGISTRATE JUDGE
2005 MAY 19 A 11:22
FILED
2005 MAY 23 P 3:43
FILED
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

DEAR JUDGE GARFINKLE,
  TODAY I RECIEVED A MOTION TO DISMISS FROM FAIRFIELD HA'S ATTY. STATING...
  1- MY COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
  2- MY COMPLAINT FAILS TO ALLEGE AN ACTUAL CASE OR CONTROVERSY WITH RESPECT TO MR. FELD AND MR. BELCHER.
  WELL IF I HAD A QUALIFIED, COURTROOM, JURY TRIAL, AND FEDERAL HUD AND FAIR HOUSING AND ADAII, EXPERIENCED LAWYER IT WOULD HAVE BEEN DONE!
  AS FOR MR. FELD HE IS DIRECTOR OF FAIRFIELD HA. HE, ALONG WITH CT. HUD CO-ORDINATOR BETTY JONES ARE RESPONSIBLE WITH EVERYTHING THAT HAS HAPPENED TO ME BY FAIRFIELD HA. FROM NOV. 21, 2001 TO THE PRESENT! THE THREATS, FRAUD, DISABILITY DISCRIMINATION BY FAIRFIELD HA AND STILL "ALLOWED TO GO ON" BY MR. FELD AND BETTY JONES BY MARILYN MCNEE, GO ON TODAY!
  PLEASE DO NOT DISMISS THIS CASE. AS YOU SAID, MY CASES DO HAVE MERIT IN FEDERAL COURT JURY TRIAL, AND I STILL DO NOT HAVE PEACE AND JUSTICE! BUT FOR MR. FELD'S ACTIONS, IT WOULD NOT HAVE HAPPENED OR CONTINUE!

            SINCERELY, Sammie Gloss

2

P.S. JUDGE GARFINKLE, MR. FELD HAS COMMITTED AGE AND DISABILITY DISCRIMINATION SINCE NOV. 2001 TO THE PRESENT BECAUSE "ONLY HE" IS IN CHARGE OF ELDER/DISABLED HOUSING AND LEFT ME HOMELESS 8½ MO., DENIED ME ACCESSIBLE HOUSING, MY WHEELCHAIR 1 YR. 5 MO., ALL MY NECESSARY SURGERIES, MORE, LONGER THAN MARILYN MCNEIL HAS DENIED ME SEC. 8 ACCESSIBLE HOUSING (MAR. 2002 TO PRESENT). BUT FOR HIS ACTIONS SINCE NOV. 2001 NOTHING AFTER THAT, POSSIBLY MY 2 HEART ATTACKS IN 2002 AND WORSE WOULD NEVER HAVE HAPPENED TO DATE!