UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER:  3:03-cv-935 -WIG

Goss v. Fairfield Housing, et al

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

Sammie Goss

| | |
|---|---|
| August 12, 2005 | *Linnea J Levine* |
| **Date** | **Signature** |
| CT 16927 | Linnea J. Levine |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 1800-828-1277 | 970 Summer Street |
| **Telephone Number** | **Address** |
| (203) 348-0919 | Stamford, CT 06905 |
| **Fax Number** | |
| linnlevine@snet.net | |
| **E-mail address** | |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Notice electronically mailed to: Jessica Grossarth    jgrossarth@pullcom.com, Matthew Michael Hausman    mhausman@msn.com,  Douglas P. Morabito    Douglas.Morabito@usdoj.gov, sherilyn.mul@usdoj.gov, Michael T. Ryan    mtryan@rrjd-law.com

Notice mailed to:

Sammie Goss
10 Ridgely Avenue
Fairfield, CT 06825

*Linnea J Levine*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)