UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 24  A 10: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**Goss**
v.
**Fairfield Housing, et al**

**Case Number:** 3:03-cv-935 - WIG

MOTION BY PLAINTIFF'S ATTORNEY
TO WITHDRAW HER APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), attorney for the plaintiff in the above cases hereby moves for leave to withdraw her appearances in said cases.

The reason for the motion is that said plaintiff has requested that plaintiff withdraw, and has dismissed the plaintiff as her attorney in said cases.

The details are set forth in the annexed affidavit of the movant.

August 23, 2005

Linnea J. Levine, Esq.
970 Summer Street
Stamford, CT 06905
Tel # (800) 828-1277
Fax # (203) 348-0919

No oral argument required.
No testimony required.

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Motion to Withdraw was mailed on this date to the following:

Notice Electronically mailed to: Jessica Grossarth jgrossarth@pullcom.com,
Matthew Michael Hausman mhausman@msn.com,
Douglas P. Morabito Douglas.Morabito@usdoj.gov, sherilyn.mul@usdoj.gov,
Michael T. Ryan mtryan@rrjd-law.com

Notice mailed to:
Sammie Goss
10 Ridgely Avenue
Fairfield, CT 06825

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Goss**
**v.**
**Fairfield Housing, et al**

**Case Number:** 3:03-cv-935 - WIG

AFFIRMATION OF MOVANT LINNEA J. LEVINE, ESQ.

Linnea J. Levine, being duly sworn, deposes and says:

1. I am attorney for plaintiff in the above case, I am a member in good standing of the Bar of Connecticut, and I make this affidavit in support of my within Motion for leave to withdraw my appearance as attorney for plaintiff in said case.

2. This Motion is made pursuant two Local Rule of Civil Procedure 7(e), and the basis is that plaintiff Sammie Goss states in a writing to me dated August 12, 2005, which states the specific issues Ms. Goss has with my firm (a copy of said writing is attached here to as Exhibit A) and in a writing dated August 16, 2005 that she wants me to withdraw as her attorney in this case, and she has dismissed me as her attorney (a copy of said writing is attached here to as Exhibit B). The last sentence of her writing states "Please 'withdraw' as my attorney".

3. I respectfully disagree with the opinions and conclusions stated by Ms. Goss in her writing, but she is the client and it is her right to choose whom she wants to represent and not to represent her, so I won't argue her points except that my staff and I reviewed 6000 pages of material in 12 notebooks provided by Sammie Goss. I spent three hours on a Saturday interviewing her and picking up her 12 notebooks for review. On August 18, 2005, I personally drove to her house and returned all 12 notebooks after my office reviewed all 6000 pages and made copies of relevant documents.

4. In addition to Ms. Goss apparently not feeling comfortable with my representing her, I would no longer be comfortable representing her. Her case is demanding (she has already provided our firm with 6,000 pages of documents). We need the confidence and the cooperation of the client to proceed.

WHEREFORE, I respectfully request that the Court grant leave for me to withdraw my appearances as attorney for plaintiff in the above case.

*Linnea J. Levine*
Linnea J. Levine

FAIRFIELD, CT.
06825
8-12-05 FRI.

ATTY. LINNEA LEVINE
970 SUMMER ST.
STAMFORD, CT. 06905

DEAR MRS. LEVINE,

I WAS ASLEEP WHEN YOU CALLED YESTERDAY AT 1:30 PM.

I WAS VERY DISAPPOINTED TO READ YOUR LETTER OF AUG. 2, 2005! YOU HAVE NEVER HAD ME SIGN AN AGREEMENT/CONTRACT FOR YOU TO BE MY ATTORNEY FOR ONE OF MY 3 CT. HUD DISABILITY CASES!

I QUALIFY FOR A COURT-APPOINTED ATTORNEY FOR EACH OF MY FEDERAL LAWSUITS THE WASH. DC. AGENCIES AND THE FBI TOLD ME TO FILE IN FEDERAL COURT, WHICH I HAVE, SINCE 5-19-03. I AM STILL WAITING FOR ATTORNEYS WHO ARE KNOWLEDGABLE AND EXPERIENCED IN THE FEDERAL DISABILITY AND AGE DISCRIMINATION LAWS AND JURY TRIALS FOR THE SAME LAWS.

YOU NEVER HAVE GONE THROUGH MY NOTE-BOOKS *WITH ME*! INSTEAD, YOU TOOK THEM ALL AWAY, SAYING YOU WOULD RETURN THEM IN 3 DAYS! YOU SAID YOU HAD A 3RD. YEAR LAW STUDENT HELPING YOU! BUT I DID NOT SIGN A FORM!

YOU HAVE VIOLATED MY CONFIDENTIALITY,

Exhibit A - p1.

FEDERAL PRIVACY, CIVIL AND HUMAN RIGHTS AS A DISABLED PERSON BY, WITHOUT MY PERMISSION OR KNOWLEDGE, DISCUSSING MY CASES WITH JUDGE GARFINKLE AND HIS LAW CLERK, MARY SMITH!

SEVERAL MONTH'S AGO I HAD TOLD THEM AND ALL THE LAWYERS I WILL NOT SETTLE NOR JOIN THE CLASS ACTION AND THE REASONS WHY! HAD YOU TALKED TO ME FIRST, EVEN NOT LEGALLY BEING MY ATTORNEY, YOU COULD SAVED US BOTH A LOT OF TIME!

IT HAS BEEN 6 DAYS SINCE I FIRST ASKED FOR ALL MY NOTEBOOKS BACK. YET TO DATE, NO TIME OR DATE WHEN YOU WILL BRING THEM BACK BEFORE AUG. 31, 2005, WHY NOT?

I NEED AN ATTORNEY WHO I CAN TRUST TO BE MY ATTORNEY, RESPECT ME AND NOT VIOLATE MY FEDERAL RIGHTS, PRIVACY AND CONFIDENTIALITY, AND ATT/CLIANT PRIVILAGE! YOUR LETTER SHOWS THAT IS NOT YOU.

BY THE WAY, I HAVE NEVER FIRED ANY QUALIFIED AND EXPERIENCED LAWYERS, BECAUSE I HAVE NOT HAD ONE YET!

PLEASE RETURN ALL MY NOTEBOOKS NOW, COMPLETE.

CC JUDGE
GARFINKLE

SINCERELY,
Sammie Glass

Exhibit A - p. 2

10 RIDGELEY AVE
FAIRFIELD, CT. 06825
TUES. AUG. 16, 2005

ATTY. LINNEA LEVINE
970 SUMMER ST.
STAMFORD, CT. 06905

DEAR ATTY. LEVINE,

AS YOUR BIO. STATES, YOUR AREAS OF LEGAL PRACTICE ARE DIVORCE, ELDER LAW, EMPLOYMENT LAW ONLY AGE DISCRIMINATION, ESTATE PLANNING, GUARDIANSHIPS & CONSERVATORSHIPS, MEDICAID, MEDICARE, NURSING HOME CONTRACT ISSUES, SOCIAL SECURITY DISABILITY AND RETIREMENT.

YOU HAVE NO KNOWLEDGE, EDUCATION, EXPERIENCE IN DISABILITY DISCRIMINATION LAWS FOR 21-61 YR. OLDS. YOU HAVE NO JURY TRIAL EXPERIENCE. YOU ALSO HAVE NO FEDERAL ADA II, ADA III, DISABILITY AGE DISCRIMINATION, HUD, FAIR HOUSING, DISABILITY CIVIL AND HUMAN RIGHTS DISCRIMINATION LAW KNOWLEDGE OR EXPERIENCE. THESE ARE WHAT I NEED FROM A FEDERAL COURT-APPOINTED ATTORNEY.

I ALSO NEED AN ATTORNEY WHO RESPECTS MY RIGHTS TO CONFIDENTIALITY, ATTY./CLIENT PRIVILAGE AND THE FEDERAL PRIVACY ACT. SOMEONE, AS MY ATTORNEY WHO WILL ONLY DISCUSS MY EVIDENCE WITH ME, INCLUDE ME IN FUTURE PLANS AS MY ATTORNEY, AND WILL USE ALL FEDERAL LAWS WRITTEN TO PROTECT

Exhibit B, p1

MY DISABILITY RIGHTS, TO PROTECT ME!

I NEED AN ATTORNEY WHO WILL WANT TO AND DOES UNDERSTAND WHAT I HAVE BEEN THROUGH AS A RESULT OF ALL OF CT. HUD AND THE CT. HA'S ACTIONS, FROM THE FIRST DAY TO THE PRESENT.

I GOT YOUR CALL MONDAY, AUG. 15, 2005 ASKING IF I WANT YOU TO "WITHDRAW" AS MY ATTORNEY? BECAUSE YOU HAD NOT PUT IN AN "APPEARANCE" NOR HAD WE SIGNED A CONTRACT SINCE JULY 30, 2005 WHEN WE MET FOR THE FIRST TIME, AND I'D JUST HAD EYE SURGERY, YOU SAID YOU JUST WANTED TO GO OVER MY EVIDENCE. SO I KNEW YOU WEREN'T MY ATTORNEY!?

YOUR LETTER OF AUG. 2, 2005 REFERED TO YOU AS "MY ATTORNEY! THIS CONFUSED ME ALSO.

TO ANSWER YOUR QUESTION BY PHONE, YESTERDAY, AND FOR THE REASONS I'VE GIVEN, PLEASE "WITHDRAW" AS MY ATTORNEY, YES.

SINCERELY,
SAMMIE GOSS
*Sammie Goss*

CC: JUDGE GARFINKLE

Exhibit B, p 2