UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SAMMIE GOSS** | : | **CASE NO. 3:03-CV-935 (WIG)** |
| | : | |
| **PLAINTIFF** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **FAIRFIELD HOUSING AUTHORITY,** | : | |
| **CHARLES FELD, MARILYN MCNEE,** | : | |
| **AND DAVID BELCHER** | : | |
| | : | |
| **DEFENDANTS** | : | **JANUARY 17, 2006** |

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 15, the undersigned, Matthew M. Hausman, moves to withdraw his appearance on behalf of the Fairfield Housing Authority, Charles R. Feld, and Marilyn McNee in the above-captioned matter. In support of this motion, the undersigned states the following:

1.    These Defendants are represented by Michael T. Ryan of Ryan, Ryan Johnson & DeLuca, L.P., who has been notified of this Motion to Withdraw.

2.    These Defendants consent to the granting of this Motion.

**WHEREFORE,** the undersigned respectfully requests that this motion be granted.


THE DEFENDANTS
FAIRFIELD HOUSING AUTHORITY, CHARLES
FELD, MARILYN MCNEE, AND DAVID
BELCHER


By: _____
      Matthew M. Hausman (CT 08966)
      Law Offices of Matthew M. Hausman, LLC
      799 Silver Lane
      Trumbull, CT 06611
      Tel.: (203) 375-6200
      Fax:  (203) 575-5003
      e-mail: mhausmanlaw@msn.com

**<u>CERTIFICATION</u>**

Pursuant to Fed. R. Civ. P. Rule 5 (b), it is hereby certified that a copy of the above was mailed on the date hereon, January 17, 2006, to all counsel and *pro se* parties of record:

Sammie Goss, *pro se*
48 Fire Hill Road
West Redding, CT  06896

Douglas P. Morabito, Esq.
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Michael T. Ryan, Esq.
Ryan, Ryan Johnson & DeLuca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT  06905-3057

_____
Matthew M. Hausman (ct80966)