UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS

    v.        3:03cv935(WIG)

FAIRFIELD HOUSING AUTHORITY,
CHARLES FELD, MARILYN MCNEE,
DAVID BELCHER, BETTY JONES

## JUDGMENT

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate was filed on December 12, 2003.

On March 14, 2006 the Court issued an Amended Ruling granting **doc**. #(49), defendants, motion to dismiss and granted the plaintiff 30 days from the date of the ruling to file a motion for leave to amend her complaint. The plaintiff has failed to file her motion and has not requested an extension of time.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is hereby entered for the defendants and against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of April, 2006.

                                  KEVIN F. ROWE, Clerk

                                  By  /s/  _____
                                            Deputy Clerk

Entered on Docket _____

Case 3:03-cv-00935-WIG    Document 62    Filed 04/19/2006    Page 2 of 2